## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### Springfield Division

| | |
|---|---|
| GARY S. COLLINS | ) |
| | ) |
| vs. | ) |
| | ) |
| SPRINGFIELD TERMINAL | ) |
| RAILWAY COMPANY | )   NO. 05-30138-MAP |
| | ) |
| and | ) |
| | ) |
| BOSTON & MAINE CORPORATION | ) |
| | ) |

### NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK:**

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Gary S. Collins, by and through his attorneys, HANNON & JOYCE, hereby voluntarily dismiss the above action, without prejudice, this 29th day of July, 2005.

                                HANNON & JOYCE

                                BY: _____
                                THOMAS J. JOYCE, III
                                Attorney for Plaintiff
                                The Public Ledger Bldg. - Ste. 1000
                                150 S. Independence Mall West
                                Philadelphia, PA 19106